IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANKIE DOSTY,** Petitioner, **v.** **M.C. KRAMER, et al.,** Respondents. | CIV S-07-1361-FCD-CMK-P **ORDER** |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including February 1, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

DATED: January 7, 2008

Craig M. Kellison

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE