IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKIE DOSTY,                                        No. CIV S-07-1361-FCD-CMK-P

    Petitioner,

  vs.                                                              ORDER

M.C. KRAMER, et al.,

    Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On March 27, 2008 the court issued findings and recommendations and provided for objections to be filed within 20 days of the date of service thereof.  Petitioner was granted a 30-day extension of time on April 24, 2008.  On May 28, 2008, plaintiff submitted a letter indicating that he needs additional time to file objections due to "modified program status" at the prison.  The court construed plaintiff's letter as a request for a further extension of time and, good cause appearing therefor, an additional 30-day extension of time will be granted. Petitioner is reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the findings and recommendations.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's letter submitted on May 28, 2008, is construed as a request for a further extension of time and, so construed, is granted; and

2. Within 30 days after being served with this order, any party may file written objections with the court, such document to be captioned "Objections to Magistrate Judge's Findings and Recommendations."

DATED: June 2, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE